CORRINE WARTHEN v. TOMS RIVER COMMUNITY
MEMORIAL HOSPITAL.

May 6, 1985.

Petition for certification denied.   (See 199 *N.J.Super.* 18)

ARLENE MACALLISTER v. WALTER MACALLISTER.

May 6, 1985.

Petition for certification denied.

JOSEPH SIMODIS v. EMHART CORPORATION.

May 6, 1985.

Petition for certification denied.